UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
JOHN DOE                                           CIVIL ACTION

v.                                                 NO. 18-6880

LOYOLA UNIVERSITY, ET AL.                          SECTION "F"
```

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to Mary Algero's motion to dismiss for failure to state a claim under Rule 12(b)(6) has been submitted.

Accordingly, because the motion is unopposed, and further, it appearing to the Court that the motion has merit,[1] IT IS ORDERED:

---

[1] Ms. Algero, the Associate Dean of Faculty Development and Academic Affairs and Professor of Law at Loyola University College of Law, moves to dismiss the plaintiff's claims against her.  In addition to claims against Loyola University, the plaintiff purports to assert claims under Title IX against five current or former Loyola University officials.  But Title IX does not authorize lawsuits against school officials, teachers, or other individuals. See Fitzgerald v. Barnstable Sch. Comm., 555 U.S. 246, 257 (2009). Because this principle (that individual defendants cannot be sued under Title IX) applies equally to Ms. Algero as to the other school administrator defendants, the plaintiff's Title IX claims against each individual defendant likewise must be dismissed.

1

that defendant Mary Algero's motion to dismiss is hereby GRANTED as unopposed. The plaintiff's Title IX-based claims against Mary Algero, Robert Savoie, Robert Reed, Nikolina Camaj, and Alexandria Kelch-Brickner are hereby dismissed.

    New Orleans, Louisiana, March 18, 2019

```
                    _____
                         MARTIN L. C. FELDMAN
                       UNITED STATES DISTRICT JUDGE
```