CALL DOCKET
FELDMAN, J.
MARCH 19, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

A review of the record indicates that no service of the complaint has been made upon the defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly;

IT IS ORDERED that on or before April 19, 2019, plaintiff shall file into the record the return of service of process that has been effected on defendant. Failure to do so will result, without further notice, in the DISMISSAL of the unserved defendant.

18-6880    JOHN DOE V. LOYOLA UNIVERSITY, ET AL
           (As to Loyola University Board of Trustees)

