UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE,     Plaintiff | * | CIVIL ACTION NO: 2:18-CV-06880 |
| VERSUS | * | SECTION F <br> JUDGE FELDMAN |
| LOYOLA UNIVERSITY,     Defendant | * | DIVISION 3 <br> MAGISTRATE JUDGE DOUGLAS |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF JOHN DOE'S MOTION FOR IN CAMERA INSPECTION AND/OR MOTION TO COMPEL

Plaintiff, John Doe, moves this Court, pursuant to Fed. R. Civ. P. 37, for an order compelling Defendant, Loyola University, to submit to the court for an in camera review, the documents withheld on the grounds of confidentiality with briefing on the privilege or other basis for withholding the documents from Plaintiff and/or an order compelling Defendant to provide, without objection, full and complete responses to John Doe's First Set of Interrogatories to Defendant and John Doe's First Request for Production of Documents to Defendant (collectively referred to as Discovery Requests), and awarding John Doe its reasonable attorneys' fees incurred in connection with this Motion.

As more fully explained in the concurrently-filed Memorandum in Support of this Motion, John Doe served its Discovery Requests on Defendant on December 17, 2019, and to date, Defendant has only provided limited responses to this discovery.

In accordance with Rule 37, undersigned counsel held a conference with Defendant's counsel on January 27, 2020 to discuss the overdue responses, and the parties could not agree to the protective order that Defendant Loyola is putting forward. Through Defendant's counsel, Defendant

put forth a protective order agreement that would be so constrictive that failure to comply would be a certainty, and therefore put Plaintiff in contempt of court by the protective order.  In an attempt to be as reasonable as possible, undersigned counsel agreed to a general protective order but could not agree to the conditions set forth in the original proposal. Defendant's counsel responded with an updated protective order which was only the removal of two lines.

Discovery responses are overdue in this matter.  Due to the inability of the parties to agree upon discoverable issues and/or the protective order, Plaintiff moves for in camera inspection of documents and/or moves for a motion compelling Defendant Loyola to timely and adequately answer the discovery sought by Plaintiff.

Accordingly, and because Plaintiff is suffering ongoing prejudice as a result of Defendant's continued refusal to provide discovery responses, John Doe is now forced to file this motion.

                                              Respectfully submitted,

                                              DOUCET-SPEER, APLC
                                              617 St. John Street
                                              P. O. Drawer 4303
                                              Lafayette, LA 70502
                                              Phone: 337-232-0405
                                              Fax: 337-237-3415


                                              /s/ Jeffery F. Speer
                                              JEFFERY F. SPEER (#19398)
                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served this 30th day of January, 2020 upon the Defendant via the Court's CM/ECF system.

<u>/s/ Jeffery F. Speer</u>
JEFFERY F. SPEER
