UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| v. | NO. 18-6880 |
| LOYOLA UNIVERSITY | SECTION "F" |

ORDER

IT IS ORDERED: that the pretrial conference scheduled for February 27, 2020 is hereby continued to Thursday, March 5, 2020 at 1:45 p.m.  The jointly-prepared pretrial order must be filed not later than 4:30 p.m. on Tuesday, March 3, 2020.

New Orleans, Louisiana, February 24th, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1